JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REBECCA MULLANEY, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company; CAPITAL BRANDS, L.L.C., a California Limited Liability Company; CALL TO ACTION, L.L.C. a California Limited Liability Company; HOMELAND HOUSEWARES, L.L.C., a California Limited  Liability Company; NUTRILIVING, L.L.C. a California Limited  Liability Company<br>　　　　Defendants. | Case No.: 2:19-cv-00447-DDP (GJSx)<br><br>District Judge: Hon. Dean D. Pregerson<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party

bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated: December 20, 2023

_____
Judge Dean D. Pregerson
United States District Court Judge